**In re ESTATE OF Paul A. GIANELLA, Deceased.**

**Nos. ED 76886, ED 77012.**

Missouri Court of Appeals, Eastern District, Division Two.

Oct. 10, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 21, 2000.

Application for Transfer Denied Jan. 23, 2001.

Jack F. Allen, Clayton, for appellant.

Raymond A. Bruntrager, Mary L. Bruntrager, St. Louis, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, Jr., J. and JAMES R. DOWD, J.

### ORDER

PER CURIAM.

The probate division of the circuit court approved the final settlement and order of distribution for the estate of Paul A. Gianella. Paula Gianella appeals from the judgment entered after she filed motions to set aside the judgment. No error of law appears and a written opinion would have no precedential value. However, the parties have been provided with a memorandum for their information only, setting forth the reasons for this order.

The judgment is affirmed.[1] Rule 84.16(b).

---

1. Frank Gianella's motion to dismiss the appeal and for damages for frivolous appeal is denied.